HAROLD A. PIERCE, Respondent, *v.* ARMOUR & COMPANY, Appellant.

(Argued March 19, 1930; decided April 8, 1930.)

*Patrick J. Tierney* for appellant.

*Kenneth H. Holcombe* and *Wallace E. Pierce* for respondent.

Judgment affirmed with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, O'BRIEN and HUBBS, JJ. Not sitting: KELLOGG, J.